**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| HILLCREST CHILDREN'S CENTER<br>    Plaintiff,<br><br>    v.<br><br>GIBRALTAR ASSET MANAGEMENT GROUP, LLC,<br>GIBRALTAR ASSET MANAGEMENT GROUP, INC.,<br>GARFIELD TAYLOR,<br>JEFFREY A. KING,<br>MAURICE TAYLOR,<br>RANDOLPH TAYLOR,<br>BENJAMIN DALLEY,<br>STUART H. GARY,<br>    and<br>GARY & REGENHARDT PLLC,<br>    Defendants | )<br>)<br>)<br>)<br>) Case No.: 11-223-JEB<br>)<br>)<br>)<br>) Hon. James E. Boasberg<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hillcrest Children's Center ("Hillcrest") and Defendants Stuart Gary and Gary & Regenhardt PLLC stipulate to the dismissal, with prejudice, of all claims that Hillcrest asserts against Stuart Gary and Gary & Regenhardt PLLC in this matter.  This Stipulation of Voluntary Dismissal with Prejudice does not affect any other claims Hillcrest asserts against the remaining defendants in this matter.  The parties to this stipulation will bear their own fees and cost and attorneys' fees.

                                                Respectfully submitted,

- 2 -

| ____/s/ Joel S. Green_____ | ____/s/ Doug Palais (with permission)_____ |
|---|---|
| Joel S. Green, Esq. | Douglas M. Palais |
| (D.C. Bar No. 493912) | (D.C. Bar No. 272732) |
| Wilmer Cutler Pickering Hale and Dorr LLP | Park Palais |
| 1875 Pennsylvania Ave., N.W. | 2310 West Main Street |
| Washington, DC 20006 | Richmond, Virginia 23220 |
| Telephone: (202) 663-6936 | Telephone: (804) 417-6528 |
| Facsimile: (202) 663-6363 | doug.palais@parkpalais.com |
| joel.green@wilmerhale.com | |
| *Counsel for Plaintiff Hillcrest Children's Center* | *Counsel for Defendants Stuart H. Gary and Gary & Regenhardt, PLLC* |

Date: October 29, 2012