# Exhibit 1

**From:** Benjamin Dalley <BDalley@gibraltaramg.com>
**Subject:** Gibraltar AMG Questions
**Date:** August 6, 2008 1:22:22 PM EDT
**To:** EACrider@aol.com
**Cc:** rtaylor@gibraltaramg.com

Elaine,

I am sorry to just be getting back to you today. I was in a series in a meetings yesterday and wanted to be sure that I had a chance to sit down and respond to your in-full.

I am happy that you are doing you due-diligence. We encourage all of our clients to do their due-diligence before making any investment and entering into any partnerships. We do the same.

Many of our clients have asked us the same questions, and, regretfully, given the limited "time in operation" of this new venture, there is little we can report by way as track record for *Gibraltar*. We do plan to have our operation and financial transactions audited through the first year of operations (3-month 6-months, 9-months, 12-months), and will be happy to share the results of these audits with our clients and potential clients.

Although we cannot yet show you detailed statements, we can, however, can tout the outstanding record that Garfield Taylor, Inc. developed over the last 10 years with its clients, and the reputations of our principles, board members, and employees. We do our best to get to know our clients and to allow our clients to know us as well as possible. I hope that, after the number of meetings we have had together, that you have come to know us as good, honest, result driven people as well as reputable businessmen.

You are in a unique position compared to our other clients as well, since, as a Board Member of the Hillcrest Children's Center, you have been able to see first-hand that we do honor our contracts and do provide the benefits and return we promise. I believe that we sent HCC a $20,000 un-prorated interest payment for the month of July, plus an additional $5,000 (from our profits) to help the Center cover pay-roll and other expenses. We will do the same for the HCC and our other clients at the end of August.

With regards to the points you mentioned in your website:
   1.   Website: I am working with our designers to build the site everyday. Sadly, the web building process is one that does not occur over-night (although I wish it did);
   2.   LLC vs. Inc.: I am surprised to hear this, and thank you for the warning. We are "*Gibraltar Asset Management Group, LLC*". I will comb through our material this week to make sure this typo is fixed.
   3.   SEC: Gibraltar is issuing securities under the Securities Act of 1933, as exempted pursuant to Reg D, pursuant to Rule 506, which exempts non-public offerings the

Exhibit 1 -  Page 1 of 4

HILL-INT 00008145

registration requirement so long as the issuer of the securities satisfies certain standards. I would prefer not to speak to the legal questions (since I am not a lawyer and do not want to mis-speak), but please contact our SEC attorney, **Stuart Gary** directly if you have any questions regarding this question. He can be contacted at (703) 848-7575. We advise all of our clients to speak to him if they have any questions, so please do not hesitate to call.

I hope that this email addressed some of your concerns and that we can do business together. We do take pride in offering our clients a stable rate of return in an effort to help our clients build wealth in these uncertain financial times.

If you have any other questions, please contact me (or any of our team members) directly. I can be reached by phone at 202.341.3552.

Thank you,

Ben Dalley

Benjamin Dalley

Gibraltar Asset Management Group
Vice President

3408 Wisconsin Ave NW, Suite 212
Washington, DC 20016
202.362.3802 Office
202.341.3552 Mobile
202.362.0875 Fax
BDalley@Gibraltaramg.com <mailto:BDalley@Gibraltaramg.com>

On Aug 5, 2008, at 12:01 PM, EACrider@aol.com <mailto:EACrider@aol.com> wrote:

Thanks Ben. I was trying to complete my due diligence before writing a check and was a little alarmed to find out that there was 1) no website, 2) different designations of the company either LLC or Inc.; and 3) no reports or filings with the SEC (looking at the requirements of regulation D). How can an individual get confidence in a company when the company is too young to have the required filings?

Thanks

Exhibit 1 -  Page 2 of 4

HILL-INT 00008146

Elaine A. Crider

In a message dated 8/5/2008 9:48:08 A.M. Eastern Daylight Time, BDalley@gibraltaramg.com <mailto:BDalley@gibraltaramg.com> writes:
Hi Elaine,

I hope all is well. And thank you for the email.

Gibraltar's website is going to be www.Gibraltaramg.com <http://www.Gibraltaramg.com/>. However, we have not launched the site as of yet. The website is one of the many projects that I am currently working on. We hope to have our site up and running in the next two weeks.

We launched Gibraltar in June; however, Gibraltar is a spin-off of Garfield Taylor, Inc., which is a company that has been in existence for more than 10 years. We rolled Gibraltar off as a completely different spin-off company in order to specialize and focus completely on the investment management, covered calls, and the private offering.

I hope this answers your questions. I'll keep you updated as to when we will launch our website.

Best,

Ben Dalley


Benjamin Dalley

Gibraltar Asset Management Group
Vice President

3408 Wisconsin Ave NW, Suite 212
Washington, DC 20016
202.362.3802 Office
202.341.3552 Mobile
202.362.0875 Fax
BDalley@Gibraltaramg.com <mailto:BDalley@Gibraltaramg.com>

Exhibit 1 -  Page 3 of 4

HILL-INT 00008147

On Aug 4, 2008, at 5:41 PM, EACrider@aol.com wrote:

> Hi Ben:
>
> What is the website address for Gibraltar Asset Management Group?
> How old is the company?
>
> Thanks
>
> Elaine A. Crider
>
> =
>
>
>
> Looking for a car that's sporty, fun and fits in your budget? Read
> reviews on AOL Autos.




Looking for a car that's sporty, fun and fits in your budget? Read reviews on AOL Autos.

Exhibit 1 -  Page 4 of 4

HILL-INT 00008148