# Exhibit 2



# GIBRALTAR

## ASSET MANAGEMENT GROUP

*All financial projections set forth here are forward looking statements and should not be relied upon for investment decisions.*

*Making your money work for you.*

Exhibit 2 - Page 1 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000628

# Gibraltar Asset Management Group

**A team of experienced professionals …**

- Led by financial managers who have built a strong reputation in facilitating the financial needs of its clients, including individuals, corporations, builders, and real estate professionals throughout the DC metro area.

- Comprised of financial professionals with over **30 years** of experience in the equity market, investment banking, and financial management.

**… With strong, client oriented values**

- A client oriented investment group dedicated to **personal client service.**

- A financial management company built on changing the way Americans think about managing their money <u>and</u> creating wealth.

- We help our clients build wealth and manage their investments through the diversification of their assets in low-risk, profitable investment opportunities.



GIBRALTAR
ASSET MANAGEMENT GROUP

*Making your money work for you.*

3

Exhibit 2 - Page 2 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000629

# Our Private Placement

- Gibraltar offers private equity firms and individual investors an opportunity to earn a consistent yield on their investments, while offering the security of liquidity, as their principal is held by our third party broker/dealer as cash or stocks and overseen by an outside independent accountant.

- Gibraltar implements a proprietary investment trading strategy that, based on independent research and our past experience, offers a low risk, high yield alternative to mutual funds, index funds, and other investment options.

- Our investors are offered the right to subscribe for placement of their loans with the Company pursuant to a **Private Placement Memorandum** provided for by Regulation D, Rule 506 of the Securities Act of 1933, that will offer our investors **15-20% annual return**.

*Making your money work for you.*



GIBRALTAR
ASSET MANAGEMENT GROUP

4

Exhibit 2 - Page 3 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000630

# Our Investment Strategy

*By implementing our proprietary Covered Call strategy, our managers pay below market value for thousands of premium, underline brand name stocks, giving our investments unparalleled downside protection, yet allowing us to obtain profits if the stock price increases, doesn't move at all, or even goes down.*

*Making your money work for you.*

GIBRALTAR
ASSET MANAGEMENT GROUP

5

Exhibit 2 - Page 4 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000631

# Gibraltar's Option strategy works in any market

- Gibraltar6 managers make money trading equity options in **UP**, **DOWN** or **SIDEWAYS** markets. Risk is <u>ALWAYS LIMITED</u>.

- Gibraltar managers are able to still profit trading equity options <u>IN SPITE OF</u> interest rate fluctuations, inflation, deflation, or any political considerations.

- Gibraltar managers make *consistent monthly cash flow* trading stock options, <u>our way</u>.

- Our team of professional equity option traders has over 30 years of trading experience; meaning, we know what to do <u>EVERY STEP</u> of the way!

- The beautiful thing about our equity option trading strategy is that we totally control our downside risk.



*Making your money work for you.*

GIBRALTAR
ASSET MANAGEMENT GROUP

6

Exhibit 2 - Page 5 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000632

# Options Basics

- A **call option** gives the owner the right, but not the obligation, to **buy** something, while a **put option** gives the owner the right, but not the obligation, to **sell** something.

  - *Call options* are a "guess" that the price of the shares will increase.
  - *Put options* are a "guess" that the share price will decrease.

- The price you pay today to buy an option is called the **option premium**.

- Companies themselves do not issue options; an options market creates the product and the trading rules

- The specified price at which the underlying asset can be bought or sold is called the **strike price**, or **exercise price**.

- An *American option* can be exercised anytime up to and including the expiration date.



**GIBRALTAR**
ASSET MANAGEMENT GROUP

*Making your money work for you.*

7

Confidential Treatment Requested by Hillcrest Children's Center

Exhibit 2 - Page 6 of 30

HCC-CIVLIT 00000633

# Covered Calls

Gibraltar reduces its risk with a Covered Call investment strategy

- With covered calls you're simply making two simultaneous transactions.
  - You're *buying* the stock
  - You're *selling* the call option attached to that stock back into the market.
- The money you receive for the option is added to your trading account, in effect, discounting the price you paid for the stock.
- The stock is held in the same brokerage account from which the investor writes the call, and fully collateralizes.
- Advantages of **Covered Call Options:**
  - Buyers take considerably less risk than just purchasing stock
  - Sellers receive the option premium of the call
  - A great risk management strategy
  - If the contract expires, the seller can sell the calls in the next period to bring in additional premiums.

*Making your money work for you.*



**GIBRALTAR**
ASSET MANAGEMENT GROUP

8

Exhibit 2 - Page 7 of 30

Confidential Treatment Requested by Hillcrest Children's Center

# *There are two ways to trade options*

### To Buy

- Options allow a **buyer** to control the underlying shares for a fraction of the price of the actual shares.

- **For example**, it might cost you $100,000 to buy 1,000 shares of General Motors, but you purchase the options to buy the right to the same 1,000 shares of General Motors for $2,000 or $3,000 by using options.

### To Sell

- You can buy options to either sell or buy shares at a predetermined price.

- Or you can generate income by selling options against the quality holdings in your portfolio (the Gibraltar technique).

*We don't buy options; we sell them.*



GIBRALTAR
ASSET MANAGEMENT GROUP

*Making your money work for you.*

9

Exhibit 2 - Page 8 of 30

**Confidential Treatment Requested by Hillcrest Children's Center**

HCC-CIVLIT 00000635

# Gibraltar's strategies offer enormous downside protection

- By selling covered calls on the stocks we own, we are able to buy into great companies "at a discount" while giving us serious downside protection

- If we buy a stock at 15% Discount*, we have profits of …
  - **5% if a stock goes down 10%.**
  - 15% if the stock does nothing.
  - 25% if the stock goes up 10%.

## Example



* "Discount" = Premium received on sale of call.



GIBRALTAR
ASSET MANAGEMENT GROUP

*Making your money work for you.*

10

Confidential Treatment Requested by Hillcrest Children's Center

Exhibit 2 - Page 9 of 30

HCC-CIVLIT 00000636

# All of the studies have reached the same conclusions ...

- In 2006 Callan Associates, an investment services consulting firm, published a study that concluded:

  - The buy-write index strategy offered superior risk-adjusted returns over the last 18 years, generating a return comparable to that of the S&P 500 with approximately two-thirds of the risk.

  - The buy-write index consistently outperformed the S&P 500 in all periods of declining equity markets, demonstrating the return cushion provided by income from writing the calls.

- There has been a lot of research on buy-write strategies (Robert Whaley's research, the Ibbotson Associates consulting firm's 2004 study, Callan Associate's 2006 study, Schaeffers Research and the CBOE, among others) and they ALL draw same conclusion:

*Buy-write strategies offer lower volatility, higher yields and outperform other investment strategies in most market environments, except for ... "up a lot".*

*Making your money work for you.*


GIBRALTAR
ASSET MANAGEMENT GROUP

11

Exhibit 2 - Page 10 of 30

Confidential Treatment Requested by Hillcrest Children's Center

# How our investment strategy works?

## An Example

*Making your money work for you.*

GIBRALTAR
ASSET MANAGEMENT GROUP

12

Exhibit 2 - Page 11 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000638





# Covered Call Example

- **Assumptions**
  - Gibraltar raises $5M from Private Equity Funding.
  - This example uses a stock called Research in Motion (RIMM), but the process will be done using a diversified portfolio of stocks from different sectors with the same characteristics.
  - Example:
    - Research in Motion Limited (RIMM) Stock purchased at $100 per share.
    - Based on an option premium bid of $11.40 on March 13th, 2008 with 37 days to expiration. The expiration date is April 19th, 2008.

*Making your money work for you.*



GIBRALTAR
ASSET MANAGEMENT GROUP

13

Exhibit 2 - Page 12 of 30

Confidential Treatment Requested by Hillcrest Children's Center



*How We Make Money for our Clients*

$5M from Private Equity

Funds are deposited into at our third party broker dealer (Charles Schwab).

Gibraltar's purchases 50,000 shares of RIMM Stock @ $100.00 per share, which is equivalent to the $5M cash deposited.

Gibraltar sells RIMM April 19th Covered Calls with Strike Price @ 100.00 and the option premium of $11.40. Trader will hit the bid at $11.40

Quarterly Debt Service on $5M is $250,000 @ 20% annual rate of return

This action will result in $570,000 deposit in Gibraltar's trading account (50,000 shares X $11.40 = $570,000)

*Making your money work for you.*

GIBRALTAR
ASSET MANAGEMENT GROUP

14

Exhibit 2 - Page 13 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000640



*Managing Market Risk*

- There are 37 days left in the expiration period to manage all market risks.

- There are three different scenarios involved: RIMM can only do three (3) things:

Go Up

Stay the same

Go Down

Strike price

Break even price

Time (37-days)

Price

$111.40

$100

$88.60

(+)

*Making your money work for you.*

GIBRALTAR
ASSET MANAGEMENT GROUP

15

Exhibit 2 - Page 14 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000641



# Stock price goes up

Whenever the underlying stock goes up this is an opportunity for Gibraltar to make additional money.

The option buyer pays Gibraltar $5M cash and Gibraltar keeps the option premium paid.

Option buyer exercises the right to purchase the stock for $100, event though the current market price would be $120

Gibraltar's trading account will now be worth $5.570 million in cash

This is an opportunity for Gibraltar because we can use the cash to purchase 50,000 more shares of another stock with the same characteristics

Stock price increases $20.00 before April 19th

We would then sell the call on the new 50,000 shares and make an additional $570k.

Gibraltar can make $1.14M in cash in less than 37 days

*Making your money work for you.*

GIBRALTAR
ASSET MANAGEMENT GROUP

16

Exhibit 2 - Page 15 of 30

Confidential Treatment Requested by Hillcrest Children's Center



# Stock price stays the same

If the stock price remains the same at $100 until the April 19th expiration date, the call options will expire worthless.

Gibraltar's trading account will now be worth $5.570 million in stock and cash

**$5M of the RIMM stock plus the $570K received from the call option premiums.

The process would then be repeated for the next options period.

Gibraltar can make $570,000 even if the share price stays the same.

**GIBRALTAR** ASSET MANAGEMENT GROUP

*Making your money work for you.*

17

Exhibit 2 - Page 16 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000643



## Stock price goes down

RIMM goes down by $5.70 before April 19ᵗʰ (Expiration Date). Stock is worth $97.15.

Assuming the delta equals 1, the option premium that we received from the option buyer ($11.40 per share) would now be reduced to $2.85.

This would result in Gibraltar realizing half of the call premium income amount of $427,500.

**This is an opportunity for Gibraltar because this action makes the stock uncollateralized.

Gibraltar is now able to sell the calls on the same stock at the $100.00 strike price and receive another $570k.

When the stock price went down we were able to make $427.5k + $570k = $997.5k.

When the stock price goes down, Gibraltar can make $997,500.

*Making your money work for you.*

GIBRALTAR
ASSET MANAGEMENT GROUP

18

Exhibit 2 - Page 17 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000644

# Why our investment strategy works:

*Active Management*

*Dedicated Research*

*Disciplined stock selection*

*Making your money work for you.*

GIBRALTAR
ASSET MANAGEMENT GROUP

19

Exhibit 2 - Page 18 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000645

*We actively manage our portfolio. This generally allows us to make money even if the stock price decreases*

- **Establish a stop-loss price for the stock.**
  - If the stock hits stop-loss price, we can have a contingency order in place that automatically enters a market order to sell the stock.
  - As soon thereafter as possible (almost simultaneously), we enter a market order to close (buy back) the call option we sold earlier.

- **Roll the option position:**
  - We may buy back the call we sold earlier and sell a new option.
  - Because the price of the stock has fallen, we are able to buy back the Call for a fraction of the premium price.
  - Our overall net loss will be very small.

- **Collar Strategy:**
  - We may purchase a protective put and sell a covered call on the stock.
  - The premium received from writing the call offsets the cost of the put, and gives us downside put protection.

*Making your money work for you.*

20



GIBRALTAR
ASSET MANAGEMENT GROUP

Exhibit 2 - Page 19 of 30

Confidential Treatment Requested by Hillcrest Children's Center

# *Our team performs daily research on stock, economic, and company performance*

*High-quality shares are a critical part of the Gibraltar strategy to produce maximum returns.*

- We buy high performing stocks that we consider fundamentally undervalued-franchise names in strong sectors:
  - Good earnings
  - Low debt
  - Strong market share.
- Select Stock:
  - Discernable, tradable pattern
  - High Volatility
  - 500,000 or more Shares Per Day Price
  - Greater than $20 dividends add value to strategy
- Deep-in-the-money calls:
  - Opportunities where buyers are willing to pay a high premium to own the stock at, near or below where it's priced.
- We don't chase highly speculative stocks!!!

*We use our strategy with stocks we would want to own anyway.*

Gibraltar aims to diversify its equity options across the top 5 sectors



**GIBRALTAR**
ASSET MANAGEMENT GROUP

*Making your money work for you.*

21

Exhibit 2 - Page 20 of 30

**Confidential Treatment Requested by Hillcrest Children's Center**

**HCC-CIVLIT 00000647**

*Our past winners have been some of the top companies in each industry*

 +29%

 +254%

intel® +32%

 +175%

 +143%

 MERCK +35%

  +36%

*Making your money work for you.*

**GIBRALTAR**
ASSET MANAGEMENT GROUP

** *Percent price increase in 2007*

22



Exhibit 2 - Page 21 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000648

# The advantages of investing with Gibraltar

Making your money work for you.

23

## GIBRALTAR
ASSET MANAGEMENT GROUP

Exhibit 2 - Page 22 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000649

*Gibraltar offers its clients a place for their money which we believe is safer, better, and more efficient than the typical investment option*

- **Maintain your principal.** Like an endowment, your principal will stay intact.
- **Liquidity.** Your money is either in stocks or cash at any given time.
- **Performance-based; not fee-based.**
- **Low Risk.** The Gibraltar program utilizes proven, low-risk strategies.
- **Wisdom of Professional Management.** 30 Years of professional investment experience, and a full team of experienced investment managers with a proven track record.

- **Personal service.** We treat all of our clients as preferred customers, offering all of our clients the "Preferred Services" for which other investment firms charge extra.
- **Economies of scale.**
- **No Dilution.** Mutual funds and other large funds generally have such small holdings of so many different stocks that great performance by a fund's top holdings still doesn't provide great returns.
- **No transaction fees.**
- **No Buried Costs.** Many investment companies specialize in burying their costs and in hiring salesmen who do not make those costs clear to their clients.
- **Oversight by outside independent accountant.** Accounts are monitored by outside independent accountant.



GIBRALTAR
ASSET MANAGEMENT GROUP

*Making your money work for you.*

24

Exhibit 2 - Page 23 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000650

# We believe we offer a low-risk, high-return investment option compared to other investment options

There is usually a BIG trade off between risk and return which is illustrated in the graph below.

**Risk**

10

8

6

4

2

**Yield**

| 10 Year T-Note 1-2% | Agency Securities 2-3% | Index Funds 5-7% | Mutual Funds 6-8% | 15-20% | Real Estate | Emerging Market Investments 110-120% | Drilling for Oil 150% |

**GIBRALTAR** ASSET MANAGEMENT GROUP

*Making your money work for you.*

25

Exhibit 2 - Page 24 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000651

# Gibraltar's accounting procedure is designed with checks and balances

| Third Party Broker Dealer (Charles Schwab) | Gibraltar Internal Compliance | Outside Independent Accountant (OIA) |
|---|---|---|
| Charles Schwab receives funds from Gibraltar Operating Account | Gibraltar sends copy of PBM's subscription to independent accountant | OIA verifies and confirms Gibraltar subscription principal amounts |
| | Gibraltar sends funds (collateral) to third party broker dealer | OIA verifies and reconciles amounts with Charles Schwab and/or creates report... Gibraltar... |

*Making your money work for you.*

GIBRALTAR
ASSET MANAGEMENT GROUP

26

Exhibit 2 - Page 25 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000652

# Gibraltar implements a profit protection strategy to ensure that gains are not lost in the market

*Gibraltar sweeps its profits daily by our CIO to protect gains in the market and not put profits at risk*

*The profits are channeled through Gibraltar's operations and accounting team.*

*Forty percent (40%) of the profits go into our operating account to pay for overhead (bills, salaries, debt service, etc.).*

*Sixty percent (60%) of the profits go to build our reserve account at M&T bank to ensure its clients' principal balances are maintained.*

*Making your money work for you.*

CIO sweeps profits from trading account

Profits ~$570,000

Reserve Account 60% ~$342,000

Operating Account 40% ~$228,000



GIBRALTAR
ASSET MANAGEMENT GROUP

27

Exhibit 2 - Page 26 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000653

*Making your money work for you.*

# *How to invest in our PPM*

28

**GIBRALTAR**
ASSET MANAGEMENT GROUP

Exhibit 2 - Page 27 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000654

# *Gibraltar's legal team has created a Private Placement Memorandum (PPM) for the offering of securities to potential investors.*

- The PPM, as required by Section 4(2) of Securities Act of 1933 Regulation D, is a disclosure document regarding the nature, character and risk factors relating to the offering.
- The PPM will be given to each investor prior to making the investment, and the subscription process is as follows:

Interested subscribers will be given a numbered copy of the PPM.

Interested subscribers will have five (5) business days to review the PPM and either subscribe or return the PPM.

The subscriber will sign the subscription agreement and forward funds to Gibraltar

Incoming checks or wire transfers, subscription agreements, and executed suitability documents will be reviewed for acceptability by the firm, and forwarded to the 3rd party agent.

Confirmations will be sent immediately to the subscriber upon acceptance, to the registered representatives, and a file copy will be retained (e.g. a copy of the Subscription Documents.)

Subscribers will receive quarterly payments and statements from Gibraltar

*Making your money work for you.*

GIBRALTAR
ASSET MANAGEMENT GROUP

29

Exhibit 2 - Page 28 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000655

# Gibraltar can help clients earn significant returns on its investment portfolio

- Gibraltar provides its clients an average of 20% return on their investment.
- Many of our clients have used this income to save for college or retirement, or just create additional income.

Investment @ 20% Annual Return

| INITIAL INVESTMENT | TOTAL QUARTERLY RETURN @ 20% | TOTAL ANNUAL RETURN @ 20% | TOTAL 2 YEAR RETURN @ 20% | TOTAL 3 YEAR RETURN @ 20% |
|---|---|---|---|---|
| $ 500,000 | $ 25,000 | $ 100,000 | $ 200,000 | $ 300,000 |
| $ 600,000 | $ 30,000 | $ 120,000 | $ 240,000 | $ 360,000 |
| $ 700,000 | $ 35,000 | $ 140,000 | $ 280,000 | $ 420,000 |
| $ 800,000 | $ 40,000 | $ 160,000 | $ 320,000 | $ 480,000 |
| $ 900,000 | $ 45,000 | $ 180,000 | $ 360,000 | $ 540,000 |
| $ 1,000,000 | $ 50,000 | $ 200,000 | $ 400,000 | $ 600,000 |
| $ 1,100,000 | $ 55,000 | $ 220,000 | $ 440,000 | $ 660,000 |
| $ 1,200,000 | $ 60,000 | $ 240,000 | $ 480,000 | $ 720,000 |
| $ 1,300,000 | $ 65,000 | $ 260,000 | $ 520,000 | $ 780,000 |
| $ 1,400,000 | $ 70,000 | $ 280,000 | $ 560,000 | $ 840,000 |
| $ 1,500,000 | $ 75,000 | $ 300,000 | $ 600,000 | $ 900,000 |
| $ 1,600,000 | $ 80,000 | $ 320,000 | $ 640,000 | $ 960,000 |
| $ 1,700,000 | $ 85,000 | $ 340,000 | $ 680,000 | $ 1,020,000 |



GIBRALTAR
ASSET MANAGEMENT GROUP

*Making your money work for you.*

30

Exhibit 2 - Page 29 of 30

Confidential Treatment Requested by Hillcrest Children's Center

*Making your money work for you.*

# *Questions?*

Contact:

## Gibraltar Asset Management

3408 Wisconsin Ave NW, Suite 212

Washington, DC 20016

(202) 362-3802



GIBRALTAR
ASSET MANAGEMENT GROUP

Exhibit 2 - Page 30 of 30

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000657