# Exhibit 3

# GIBRALTAR ASSET MANAGEMENT GROUP INC.

Hillcrest Children's Center
1325 W. Street
Washington D.C. 20009

| | |
|---|---|
| Principal Amount: $1,200,000.00 | Date: July 14, 2008 |
| Interest Rate: 20% | Maturity Date: January 14, 2009 |
| Interest Amount: $120,000.00 | Monthly Interest Due: $20,000.00 |
| Term: 6 Months | Total Amount: $1,200,000.00 |

On this date of July 14, 2008 in return for valuable consideration received **Gibraltar Asset Management Group, Inc. (the "Borrower")** promises to pay to **Hillcrest Children's Center (the "Lender")** the sum of one million two hundred thousand dollars ($1,200,000), together with simple interest thereon at the rate of twenty percent (20%) per annum, pursuant to the terms and conditions set forth herein (the Note").

This Note shall be repaid under the following terms:

I.   **Terms of Repayment**: The Borrower shall pay the principal amount and all interest due and payable within six (6) months from the date hereof. **This Note contains a balloon payment.**

II.  **Payment**: Borrower shall pay actual interest accrued on the principal of this Note between the 1st and 10th day of each month following execution of this Note the sum of $20,000 dollars per month until the Due Date when all principal and accrued and unpaid interest shall be due. The first payment of actual interest due under this Note shall occur between the first (1st) and the tenth (10th) day of the month immediately following execution hereof. All payments due under this Note shall be made payable to Lender's address as set forth herein, or at such other place as Lender shall specify in writing.

III. **Prepayment**: This Note may be prepaid in whole or in part at any time prior to its Due Date without premium or penalty, with the sole exception that Borrower shall have the option to prepay the Note upon thirty (30) days notice to the Lender, provided that Borrower pays a termination fee equal to the unpaid interest due on the Note for the initial six months of the Note's term. After the initial six months of the Note's term, upon agreement, the parties shall have the right to renew

1

Exhibit 3 - Page 1 of 3
Confidential Treatment Requested by Hillcrest Children's Center                    HCC-CIVLIT 00000539

this agreement for a subscription in the Private Placement being offered by Gibraltar Asset Management Group.

IV. **Due Date:** The Due Date (Maturity Date or Termination Date) shall be the date upon which all sums due hereunder shall be paid, unless paid earlier at the discretion of the Borrower.

V. **Default**: In the event of default, the Borrower agrees to pay all costs and expenses incurred by the Lender, including all reasonable attorney fees for the collection of this Note upon default, and including reasonable collection charges should collection be referred to a collection agency, as set forth below. The Note is in Default if not paid on or before its Due Date.

   A. In the event that the Borrower fails to make any payment as set forth in Section II above, the Lender shall notify Borrower in writing within three (3) days of such missed payment. Borrower shall then have seven (7) business days to cure the missed payment, after which time Lender may declare Borrower in Default

   B. In the event this Note is collected through an attorney at law or under the advice thereof, the Borrower agrees to pay all costs of collection including actual reasonable attorney's fees of not more than five percent (5%) of the outstanding principal then due.

VI. **Modification:** No modification or waiver of any of the terms of this Agreement shall be allowed unless by written agreement signed by both parties. No waiver of any breach or default hereunder shall be deemed a waiver of any subsequent breach or default of the same or similar nature.

VII **Severability of Provisions:** In the event that any portion of this Note is deemed unenforceable, all other provisions of this Note shall remain in full force and effect.

2

Exhibit 3 - Page 2 of 3

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000540

VIII   **Choice of Law:** All terms and conditions of this Note shall be interpreted under the laws of the District of Columbia, without regard to its conflicts of laws provisions.

IX.   **Choice of Venue:** The Superior Court for the District of Columbia shall be sole and proper venue and jurisdiction and all parties hereby agree with this provision as an integral part of this Note.

X.   **Waiver of Jury Trial: All parties to this Note hereby waive all rights to a trial by jury of any matters arising out of or related to this Note.**

**BORROWER**
**GIBRALTER ASSET MANAGEMENT GROUP, INC.**

By: *Garfield M. Taylor*

Name: GARfield M. TAylor

Its: CEO

**LENDER: Hillcrest Children's Center**

By: *Michael F. Nias*

Name: Michael F. Nias

Its: CEO

3

Exhibit 3 — Page 3 of 3

Confidential Treatment Requested by Hillcrest Children's Center

HCC-CIVLIT 00000541