# Exhibit 18

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE DISTRICT OF COLUMBIA
3   Civil Division
4
5   _____
                                    )
6   HILLCREST CHILDREN'S CENTER,    )   Case No.:
                                    )
7        Plaintiff,                 )   11:223-JEB
                                    )
8   vs.                             )
                                    )
9   GIBRALTAR ASSET MANAGEMENT      )
    GROUP, LLC, et al.,             )
10                                  )
         Defendants.                )
11  _____)
12
13
14        DEPOSITION OF DEAN SIRJUE
15             Washington, D.C.
16             April 25, 2012
17
18
19
20
21
22
23
24  Reported by:  John L. Harmonson, RPR
25  Job No. 48601

1                    D. SIRJUE
2     Q.   Is that a fair and accurate copy of
3  the subpoena for the production of documents?
4     A.   Yes, it is.
5     Q.   And if you could turn to Schedule A of
6  that exhibit.  It's located at the end.
7     A.   Okay.
8     Q.   Did you review Schedule A?
9     A.   Yes, I did.
10    Q.   And Schedule A requests you to produce
11 certain documents in your possession, correct?
12    A.   Correct.
13    Q.   Did you produce any documents within
14 your possession?
15    A.   Not within the time frame that you
16 mentioned in there, but I do have a couple of
17 documents that I brought with me.
18         MS. NORTON:  Why don't we take a short
19     break just so I can see the documents first.
20         (Off the record.)
21         MS. NORTON:  Back on the record.
22 BY MS. NORTON:
23    Q.   Mr. Sirjue, what's your educational
24 background?
25    A.   I have a -- the highest degree, I have

1                    D. SIRJUE
2    a master's in business administration from Howard
3    University.  Undergraduate, I'm an accounting
4    major.
5        Q.   And where was your undergraduate
6    degree from?
7        A.   Both of my degrees were from Howard
8    University.
9             I'm also certified as an internal
10   auditor and as a government financial manager,
11   which is a CGFM.
12       Q.   Do you hold any other professional
13   licenses?
14       A.   No, those are the only two.
15       Q.   Do you hold any registrations with the
16   SEC or CFTC?
17       A.   No, I do not.
18       Q.   Are you currently employed?
19       A.   Yes, I am.
20       Q.   Where are you currently employed?
21       A.   I'm an associate dean for finance and
22   administration at Georgetown University in the
23   Georgetown Public Policy Institute.
24       Q.   And when did you begin working there?
25       A.   October 2011.

1        D. SIRJUE
2    Q.   Had they at that point in time
3 described what they intended the client base to
4 be for Gibraltar?
5    A.   I don't recall that.
6    Q.   Did they give any sort of
7 presentation?
8    A.   Yes.
9         (Exhibit 19 marked for identification
10        and attached hereto.)
11   Q.   The court reporter, Mr. Sirjue, has
12 just handed you what has been marked as
13 Exhibit 19.  If you would take just a moment to
14 review Exhibit 19 for us.
15   A.   Okay.
16   Q.   Have you seen Exhibit 19 before?
17   A.   Yes.
18   Q.   And when did you see Exhibit 19?  When
19 did you first see it, I should say.
20   A.   I know I had it in my possession.
21 When did I first see it, I don't recall.  But I
22 know something similar to this was presented to
23 us in that meeting in the conference room.
24   Q.   At Howard University?
25   A.   At Howard University.  Now, whether

Page 42

1                    D. SIRJUE
2  that is the time I got the document, I don't know
3  that to be correct.
4       Q.    But at the meeting in Howard
5  University, substance substantially similar to
6  this presentation was discussed, correct?
7       A.    Correct.
8       Q.    Do you know who prepared this
9  document?
10      A.    I'm assuming the members of Gibraltar.
11 I don't know exactly which member of Gibraltar.
12      Q.    Do you know why it was prepared?
13      A.    It was prepared to present to us to
14 show us the investment strategy.
15      Q.    Do you know if this presentation was
16 ever presented to any potential clients of
17 Gibraltar?
18      A.    I don't know that.
19      Q.    At the meeting at Howard, did they
20 walk you through sort of the substance of this
21 presentation?
22      A.    Yes, they did.
23      Q.    And who, if you don't mind me asking,
24 was speaking on behalf of Gibraltar at this
25 meeting?

1              D. SIRJUE

2      A.   Garfield was.  I recall it being
3  Garfield.  And others might have answered some
4  questions relative to some things, but Garfield
5  was the main presenter.
6      Q.   And did any of the other attendees on
7  behalf of Gibraltar contradict anything that
8  Garfield was presenting?
9      A.   I don't recall that.
10     Q.   After the presentation of this
11 material contained in Exhibit 19, what was your
12 impression of the business strategy of Gibraltar?
13     A.   I had no reason to doubt that this
14 was possible -- again, I don't have technical
15 expertise in options, so I wasn't judging it from
16 that perspective.  But it made sense to me, and
17 it seemed like, you know, with someone who does
18 have the technical expertise, this could work.
19          And I had no reason to doubt that who
20 was presenting, that Garfield didn't have the
21 level of expertise and this was not an accurate
22 strategy.
23     Q.   So it seemed like a credible strategy
24 to you at that point?
25     A.   Correct.

1         D. SIRJUE

2    Q.   Did the business plan overall for
3 Gibraltar seem like a legitimate business plan?
4    A.   Yes, it did.
5    Q.   Did it seem like one that would likely
6 succeed?
7    A.   Yes, it did.
8    Q.   Was there any discussion at this
9 meeting regarding Gibraltar's intended clients or
10 who they would be targeting?
11   A.   No.  In a general sense, probably they
12 were going to go after the kind of clients who
13 can afford.  Because this was not individual
14 investor stuff.  They weren't going after
15 individuals but more or less organizations that
16 had the capacity to invest this amount of money.
17   Q.   At the end of this meeting at Howard
18 University, did you have any idea or sense that
19 the representatives of Gibraltar could be engaged
20 in any sort of fraudulent conduct?
21   A.   Not at all.
22   Q.   So they appeared upstanding,
23 reputable?
24   A.   I wouldn't have been part of it if I
25 thought that.