# Exhibit 19

Page 1

1      IN THE UNITED STATES DISTRICT COURT
2         FOR THE DISTRICT OF COLUMBIA
3                Civil Division
4
5
   _____
                                 )
6  HILLCREST CHILDREN'S CENTER,  )    Case No.:
                                 )
7       Plaintiff,               )    11:223-JEB
                                 )
8  vs.                           )
                                 )
9  GIBRALTAR ASSET MANAGEMENT    )
   GROUP, LLC, et al.,           )
10                               )
        Defendants.              )
11 _____)
12
13
14         DEPOSITION OF CRYSTAL REESE
15              Washington, D.C.
16           Thursday, April 26, 2012
17
18
19
20
21
22
23
24 Reported by:  John L. Harmonson, RPR
25 Job No. 48602

1                    C. REESE
2    introduction?
3         A.    Yeah.
4         Q.    And their titles?
5         A.    Yes.
6         Q.    Did everyone attending on behalf of
7    Gibraltar have a title?
8         A.    I believe so.  I believe so, yes.  It
9    was clear to me at that time that they worked for
10   Gibraltar, I just can't remember who was who.
11        Q.    Was there any discussion at all about
12   Gibraltar's investment strategy?
13        A.    No.
14        Q.    Business plan?
15        A.    No.
16        Q.    Target clients that they would be
17   targeting?
18        A.    No.
19        Q.    What was your impression at the end of
20   that meeting of Gibraltar?
21        A.    That initial?
22        Q.    Yes.
23        A.    I mean, my impression was obviously
24   good.  I agreed to get on board.  So it was
25   favorable.

Page 33

1  C. REESE

2 Q. Did you think it was a legitimate
3 company?
4 A. I did.
5 Q. Did you think it was a credible
6 company?
7 A. I did.
8 Q. A company that could succeed?
9 A. I did.
10 Q. Did you have any misgivings, thinking
11 that it could be engaging in any type of
12 fraudulent conduct at that time?
13 A. I didn't.
14 Q. You did not?
15 A. I did not.
16 Q. Turning, then, to the second meeting
17 you described, which was a presentation, where
18 was that meeting held?
19 A. It was held at Howard University at
20 the School of Business in the dean's office.
21 Q. Do you recall who attended that
22 meeting?
23 A. The same people from the first
24 luncheon meeting were there.
25 Q. So that would be Garfield Taylor?

1                    C. REESE
2        A.    No.
3        Q.    Would you expect a company such as
4   Gibraltar to have such an outside independent
5   accountant?
6        A.    Yes.
7        Q.    Would you expect a company such as
8   Gibraltar to maintain separate accounts for each
9   client?
10       A.    Yes.
11       Q.    Would you expect a company like
12  Gibraltar to maintain separate accounts between
13  operational and trading accounts within the
14  company?
15       A.    I wouldn't know.  I don't know.  I
16  don't know this business to know if that's the
17  protocol.
18       Q.    Would you expect a company such as
19  Gibraltar to provide regular updates to its
20  clients regarding investments that clients made
21  with Gibraltar?
22       A.    Yes.
23       Q.    Would you expect a company such as
24  Gibraltar to abide by any sort of investment
25  agreements that they would have had with their

1                        C. REESE
2   clients?
3        A.   Yes.
4        Q.   When you agreed to become a member of
5   Gibraltar's advisory board, did you have an
6   understanding that it was a legitimate company?
7        A.   Yes.
8        Q.   That it was a company with a
9   substantial business plan?
10       A.   Yes.
11       Q.   Did you at any time think that it was
12  part of a Ponzi scheme?
13       A.   No.
14       Q.   Do you have any questions now as to
15  whether Gibraltar was a legitimate company?
16       A.   Yes.
17       Q.   Why?
18       A.   Hence this meeting.  But other than
19  that, no other reason.
20       Q.   Did you learn anything about Gibraltar
21  after your departure?
22       A.   No.
23       Q.   Do you have any reason to believe that
24  Gibraltar -- Withdrawn.
25            MS. NORTON:  Actually, I think that's