# Exhibit 22

1        UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF COLUMBIA

3             Civil Division

4          Case No. 11:223-JEB

5    _____

6    HILLCREST CHILDREN'S CENTER              )

7                 Plaintiff,                  )

8        v.                                   )

9    GIBRALTAR ASSET MANAGEMENT GROUP, LLC;   )

10   GIBRALTAR ASSET MANAGEMENT GROUP, INC.,  )

11   GARFIELD TAYLOR; JEFFREY A. KING,        )

12   MAURICE TAYLOR, RANDOLPH TAYLOR,         )

13   BENJAMIN DALLEY, STUART H. GARY, and     )

14   GARY & REGENHARDT PLLC,                  )

15

16                 Defendants.                )

17   _____ )

18

19        DEPOSITION OF MAURICE TAYLOR

20             Washington, D.C.

21             May 1, 2012

22

23

24   Reported by:  Mary Ann Payonk, RDR-CRR

25   Job No. 48603

Exhibit 22 - Page 1 of 3

1          Maurice Taylor

2    inconsistent with the statement that Gibraltar

3    never uses margin, and "never" being in capital

4    letters and bold.

5         A.   But this is under the title of

6    Covered Call Options.

7         Q.   Okay.

8         A.   They could use a margin and just --

9    just to buy the security and not sell the calls

10   on it.

11        Q.   So if Gibraltar was executing the

12   covered call strategy and it -- and it used

13   margin -- it used a margin account to trade,

14   would that use of margin be inconsistent with

15   the statement that Gibraltar never uses margin?

16        A.   Yes.

17        Q.   Before, I believe that you testified

18   that before you received the complaint, either

19   in this action or the SEC action, you were

20   aware of losses with -- related to Hillcrest

21   but you weren't aware of the degree of losses.

22   Is that correct?

23        A.   Not quite.  Not just with Hillcrest.

24   Just the business itself.

25        Q.   Just in general?

Exhibit 22 - Page 2 of 3

1              Maurice Taylor

2      A.   Right.

3      Q.   So when did you first become aware of

4  any Gibraltar losses?

5      A.   There's always been profits and

6  losses.

7      Q.   And what do you mean by that?  Were

8  you aware of losses suffered by Gibraltar for

9  the entire time that you were a member of

10  Gibraltar?

11      A.   Was I aware of --

12      Q.   Losses for the entire time that you

13  were a member of Gibraltar.

14      A.   Yeah, some trades made profits and

15  some trades, we took losses.

16      Q.   Did you ever become aware of, though,

17  a large trading loss, one that wasn't just

18  associated with a single trade?

19      A.   Yes, I became aware of that when --

20  when my parents' home was threatening to -- to

21  be foreclosed.

22      Q.   And how was a foreclosure of your

23  parents' house related to any Gibraltar-related

24  losses?

25      A.   Because my brother was supposed to

Exhibit 22 - Page 3 of 3