**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| HILLCREST CHILDREN'S CENTER )<br>    Plaintiff, )<br> )<br>    v. )<br> ) Case No.: 11-223-JEB<br>GIBRALTAR ASSET MANAGEMENT GROUP, LLC, )<br>GIBRALTAR ASSET MANAGEMENT GROUP, INC., )<br>GARFIELD TAYLOR, )<br>JEFFREY A. KING, )<br>MAURICE TAYLOR, ) Hon. James E. Boasberg<br>RANDOLPH TAYLOR, )<br>BENJAMIN DALLEY, )<br>STUART H. GARY, )<br>    and )<br>GARY & REGENHARDT PLLC, )<br>    Defendants ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hillcrest Children's Center ("Hillcrest") and Defendant Jeffrey King stipulate to the dismissal, without prejudice, of all claims that Hillcrest asserts against Jeffrey King in this matter.  The parties to this stipulation will bear their own fees and cost and attorneys' fees.

Date:  December 13, 2012

                                                                 Respectfully submitted,

| | |
|---|---|
| ___/s/_____<br>Christopher  Davies, Esq.<br>(D.C. Bar No. 465366)<br>Joel S. Green, Esq.<br>(D.C. Bar No. 493912)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, DC 20006 | ___/s/ Jeffrey King (with permission)____<br>Jeffrey A. King<br>14010 Town Farm Road<br>Upper Marlboro, MD 20774<br>jaking333@hotmail.com<br><br>*Pro Se Defendant* |

- 2 -

Telephone: (202) 663-6000
Facsimile: (202) 663-6363
christopher.davies@wilmerhale.com
joel.green@wilmerhale.com

*Counsel for Plaintiff Hillcrest Children's Center*